UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND,<br><br>            Plaintiff,<br><br>    v.<br><br>SHORES TILE COMPANY, INC.<br><br>            Defendant. | )<br>)<br>)<br>) Civil Case No. 20-03094 (RJL)<br>)<br>)<br>)<br>)<br>)<br>) |

PLAINTIFF'S NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), respectfully notifies the Court that it hereby dismisses the Complaint against the Defendant without prejudice. This Notice is made before either an answer or a motion for summary judgment has been filed by the Defendant.

Respectfully submitted,

Dated: October 14, 2021

**O'DONOGHUE & O'DONOGHUE LLP**
5301 Wisconsin Avenue, N.W., Suite 800
Washington, D.C. 20015
Telephone: (202) 362-0041
Facsimile: (202) 327-1200

By:   /s/ Charles W. Gilligan
      Charles W. Gilligan (Bar No. 394710)
      *Attorney for the Plaintiffs*